WARREN B. SMITH et al., Respondents, *v.* SMITH MOQUETTE LOOM COMPANY et al., CHARLES E. S. RENNER, Appellant.

(Argued June 16, 1885 ; decided June 26, 1885.)

*R. W. Van Pelt* for appellant.

*Theodore Fitch* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

----

In the Matter of the Application of BENJAMIN DUNNING as Assignee, etc.

(Submitted June 17, 1885 ; decided June 26, 1885,)

*W. M. Rosebault* for appellant.

*George De Forest Lord* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

----

JOSEPH W. PALMER, Respondent, *v.* THE PENNSYLVANIA COMPANY, Appellant.

(Argued June 17, 1885 ; decided June 26, 1885.)

*Robert F. Wilkinson* for appellant.

*Grant B. Taylor* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.